**Film Title: BOYKA: UNDISPUTED 4**
**Rights Owner: UN4 Productions, Inc.**

| | **SHA1:** 4022CCDB1F3FEE706B8D349FA93842E717784701 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| 1 | 73.95.133.171 | 33379 | 2017-05-13 23:14:47 | Comcast Cable | Colorado |
| 2 | 73.95.133.131 | 56644 | 2017-05-12 09:10:35 | Comcast Cable | Colorado |
| 3 | 76.25.44.66 | 49862 | 2017-05-12 08:06:31 | Comcast Cable | Colorado |
| 4 | 73.34.185.177 | 50321 | 2017-05-05 22:02:06 | Comcast Cable | Colorado |
| 5 | 75.71.54.86 | 6881 | 2017-04-29 03:24:27 | Comcast Cable | Colorado |
| 6 | 73.95.136.238 | 14548 | 2017-04-28 22:32:40 | Comcast Cable | Colorado |
| 7 | 76.25.115.255 | 50321 | 2017-04-22 06:29:54 | Comcast Cable | Colorado |
| 8 | 73.243.188.129 | 64287 | 2017-04-20 06:27:10 | Comcast Cable | Colorado |
| 9 | 172.58.59.136 | 30837 | 2017-04-27 12:36:10 | T-Mobile USA | Colorado |
| 10 | 172.58.59.167 | 62456 | 2017-04-27 03:25:40 | T-Mobile USA | Colorado |
| 11 | 172.58.59.85 | 22985 | 2017-04-26 21:53:33 | T-Mobile USA | Colorado |
| 12 | 172.58.59.82 | 42795 | 2017-04-25 19:37:46 | T-Mobile USA | Colorado |
| 13 | 172.58.62.128 | 43102 | 2017-04-25 15:49:08 | T-Mobile USA | Colorado |
| 14 | 172.58.62.150 | 44985 | 2017-04-25 13:49:20 | T-Mobile USA | Colorado |
| 15 | 172.58.62.193 | 29591 | 2017-04-23 03:30:37 | T-Mobile USA | Colorado |
| 16 | 172.58.62.137 | 40192 | 2017-04-22 06:14:00 | T-Mobile USA | Colorado |
| 17 | 172.58.59.32 | 33537 | 2017-04-18 06:46:53 | T-Mobile USA | Colorado |
| 18 | 172.58.59.25 | 29493 | 2017-04-17 19:17:04 | T-Mobile USA | Colorado |
| 19 | 172.58.59.248 | 45759 | 2017-04-17 18:36:05 | T-Mobile USA | Colorado |
| 20 | 172.58.59.97 | 58317 | 2017-04-17 09:30:11 | T-Mobile USA | Colorado |
| 21 | 172.58.62.232 | 44882 | 2017-04-17 02:49:29 | T-Mobile USA | Colorado |
| 22 | 97.118.116.95 | 41460 | 2017-05-04 02:04:40 | CenturyLink | Colorado |
| 23 | 65.101.225.133 | 6881 | 2017-04-18 22:43:43 | CenturyLink | Colorado |

**EXHIBIT 1**